IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01100-AP
_____

DAVID REYNOLDS,
         Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,
         Defendant.
_____

JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES
_____

1.     APPEARANCES OF COUNSEL AND *PRO SE* PARTIES

| For Plaintiff: | For Defendant: |
|---|---|
| Michael W. Seckar, Esq. | John F. Walsh |
| 402 W. 12th Street | United States Attorney |
| Pueblo, Colorado 81003 | |
| 719-543-8636 | William G. Pharo |
| seckarlaw@mindspring.com | Assistant United States Attorney |
| | District of Colorado |
| | |
| | Jessica Milano |
| | Special Assistant United States Attorney |
| | Office of the General Counsel |
| | Social Security Administration |
| | 1001 Seventeenth Street, 6th Floor |
| | Denver, Colorado 80202 |
| | (303) 844-7136 |
| | Jessica.milano@ssa.gov |

**2.     STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.      DATES OF FILING OF RELEVANT PLEADINGS**

A.  Date Complaint Was Filed:                                  **4/26/12.**
B.  Date Complaint Was Served on U.S. Attorney's Office: **6/18/12.**
C.  Date Answer and Administrative Record Were Filed:  **8/7/12.**

**4.     STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

To the best of their knowledge, the parties state that the administrative record is complete and accurate.

**5.     STATEMENT REGARDING ADDITIONAL EVIDENCE**

Neither party intends to submit additional evidence.

**6.     STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

To the best of their knowledge, the parties do not believe the case raises unusual claims or defenses.

**7.     OTHER MATTERS**

The parties have no other matters to bring to the attention of the court.

**8.     PROPOSED BRIEFING SCHEDULE**

A.  Plaintiff's Opening Brief Due**:        10/8/12.**
B.  Defendant's Response Brief Due**:    11/8/12.**
C.  Plaintiff's Reply Brief (If Any) Due: **11/26/12**.

**9.     STATEMENTS REGARDING ORAL ARGUMENT**

A.    Plaintiff's Statement:  Plaintiff does not request oral argument.
B.    Defendant's Statement: Defendant does not request oral argument**.**

**10.   CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

   A.   (X)  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

   B.   ( )  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11.   OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12.   AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.

   DATED this 23rd day of August, 2012.

                              BY THE COURT:


                              *<u>s/John L. Kane</u>*_____
                              U.S. DISTRICT COURT JUDGE

APPROVED:

| For Plaintiff: | For Defendant: |
|---|---|

**s/Michael W. Seckar**
Michael W. Seckar, Esq.
402 W. 12th Street
Pueblo, Colorado 81003
719-543-8636
seckarlaw@mindspring.com

JOHN F. WALSH
United States Attorney

WILLIAM G. PHARO
Assistant United States Attorney
District of Colorado

**s/Jessica Milano**
By: Jessica Milano
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
1001 Seventeenth Street, 6th Floor
Denver, Colorado 80202
(303) 844-7136
Jessica.milano@ssa.gov