IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 12-cv-01100-MSK

DAVID REYNOLDS,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

## FINAL JUDGMENT

In accordance with orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P 58(a), the following Final Judgment is hereby entered.

Pursuant to the Opinion and Order filed on August 20, 2013, (**Doc. #21**), it is

ORDERED that the Commissioner of Social Security's decision is REVERSED and the case is remanded and closed. It is further

ORDERED that plaintiff is AWARDED her costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated AT Denver, Colorado this 21st day August, 2013.

        ENTERED FOR THE COURT:
        JEFFREY P. COLWELL, CLERK

        By: s/Edward P. Butler
        Edward P. Butler
        Deputy Clerk